# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IRINA KAGANOVSKY-GREEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITIGROUP INC., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:13-cv-02029-JCM-CWH <br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a proposed stipulated discovery plan and scheduling order. The Complaint (#1) in this matter was filed on November 4, 2013. Accordingly, the first defendant answered or otherwise appeared on December 3, 2013. Pursuant to Local Rule ("LR") 26-1(d), the parties were required to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) within 30 days after the first defendant answered or otherwise appeared. In addition, LR 26-1(d) requires the parties to file a proposed stipulated discovery plan and scheduling order within 14 days after the mandatory scheduling conference. To date, the parties have not complied with LR 26-1(d).

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the parties shall file a proposed stipulated discovery plan and scheduling order by **January 24, 2014**.

**IT IS FURTHER ORDERED** that the parties shall submit the proposed stipulated discovery plan and scheduling order in compliance with the provisions of LR 26-1 and LR 26-4 of the Local Rules of Practice for the United States District Court for the District of Nevada.

DATED this 21st day of January, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**